**CITY OF ST. GEORGE,**
Plaintiff–Respondent,

v.

**Robert T. HUDLER,**
Defendant–Appellant.

No. 56593.

Missouri Court of Appeals,
Eastern District,
Division One.

March 20, 1990.

Robert T. Hudler, Hillsboro, for defendant-appellant.

John Malec, St. Louis, for plaintiff-respondent.

### ORDER

PER CURIAM.

Defendant appeals from his conviction by a court of exceeding the speed limit on Reavis Barracks Road in violation of ordinances of the City of St. George. We affirm. No error of law appears, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only setting forth the reasons for our order affirming the judgment pursuant to Rule 84.16(b).